**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:25-cv-23885-EA**

**Giraldo Valdes,**

Plaintiff,

v.

**Waste Connections of Florida, Inc.,**

Defendant.
____________________________________/

# ORDER

THIS CAUSE came before the Court on the parties' Joint Motion for Approval of Settlement [ECF No. 27] and Magistrate Judge Eduardo I. Sanchez's Report and Recommendation [ECF No. 35] ("R&R") on the same. Being fully advised,

It is **ORDERED AND ADJUDGED** that,

1. The Joint Motion for Approval of Settlement **[ECF No. 27]** is **GRANTED**.
2. The R&R **[ECF No. 35]** is **AFFIRMED.**
3. The Parties' settlement is **APPROVED**.
4. The above-captioned matter is dismissed with prejudice.
5. The Clerk of Court is instructed to **CLOSE THIS CASE**.

**DONE AND ORDERED** in chambers in West Palm Beach, Florida, this this 28th day of September 2026.

**ED ARTAU**
**UNITED STATES DISTRICT JUDGE**

Copies Served:

**Alejandro D. Funes**
The Funes Law Firm
2490 Coral Way
4th Floor
FL
Miami, FL 33145
305-733-3561
Fax: 305-791-2397
Email: funeslaw@gmail.com

**Avel Arriera**
Law Office of Avel Arriera, P.A.
6303 Blue Lagoon Drive, suite 400
Miami, FL 33144
3054798219
Email: avel@avelarrieralaw.com

**Meagan Leigh Martin**
Baker Hostetler
200 South Orange Avenue
Suite 2300
Orlando, FL 32801
407-649-4000
Fax: 407-841-0168
Email: mmartin@bakerlaw.com

**Joyce Ackerbaum Cox**
Baker & Hostetler
200 S Orange Avenue
Suite 2300 PO Box 112
Orlando, FL 32802-0112
407-649-4000
Fax: 841-0168
Email: jacox@bakerlaw.com